United Metals Selling Company, Respondent, v. American Smelting and Refining Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry S. Story and J. Willis Flickinger, Appellants, v. Jacob B. Wolff and Gustav Miller, Impleaded with May Irwin Eisfeldt, Respondent, and David Buist, Appellant. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Erminia C. McIntosh, Respondent, v. David W. McIntosh, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jessie Gillender, Appellant, v. The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Scott, J., dissenting.)

Alfred H. Bond, Respondent, v. Atlantic Terra Cotta Company and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on opinion in *Bond* v. *Atlantic Terra Cotta Co. (ante,* p. 671).

In the Matter of the Application of Joseph G. Mandl for a Warrant to Search for and Seize Liquors Kept, Stored and Deposited for Unlawful Sale or Distribution in Premises Located at 31 Rutgers Street, Borough of Manhattan, New York City. Chasse Yurditzky, Appellant; The State Commissioner of Excise, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Hotel Register Realty Corporation, Respondent, v. Mary McGough, Appellant.— Order reversed and motion granted, without costs, to the extent and on the conditions stated in order. No opinion.

Maurice Eisenberg, Respondent, v. Bernard Naumburg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Ladew, Appellant, v. Albany Savings Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Leopold Bowsky, Respondent, v. Margaret Bowsky, as Administratrix, etc., of Max Bowsky, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frances M. Sciolaro, Appellant, v. Joseph J. Asch and Others, Defendants. John C. Robinson, Respondent.— Order settled. Memorandum per curiam.

Isbell-Porter Company, Respondent, v. Isaac Heineman, Appellant.— Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissenting as to allowance of interest.)

Catherine V. Brady, Appellant, v. Van Rensselaer Lansingh, Respondent.— Judgment and order affirmed, with costs. No opinion.

Henry Backer, an Infant, by Morris Backer, His Guardian ad Litem, Respondent, v. William B. Wilson, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon the ground that the verdict is against the weight of evidence.